**PHILLIP ALLEN, PA**
ATTORNEY AT LAW
116 SOUTH 4TH STREET
P.O. BOX 2602
WEST HELENA, AR 72390
Telephone: (870) 572-6065
Facsimile: (870) 572-4265

**CHARLES P. ALLEN, P.A. (1947-2012)**
**PHILLIP ALLEN, P.A.**

E-Mail: phillipallen@suddenlinkmail.com

January 7, 2021
Via Facsimile (601) 981-1690

Attention: Barbara Sanders, Claims Manager
Southern Farm Bureau Life Insurance Company
P.O. Box 78
Jackson, MS  39205

Re:   My Client:    T. J. Jeffers
      DOL:          December 18, 2020
      Your Insured: Stephanie Anne Sanderlin
      Policy Number 014103707L/Claim Number L149528

Dear Ms. Sanders:

I am in receipt of your letter dated December 20, 2020. Please be advised that we are making an adverse claim for benefits as Mr. Jeffers was advised that he was the owner of the policy. We are disputing that Ms. Sanderlin was not in her right frame of mind when she changed the beneficiary form.

I will look forward to hearing from you.

Very truly yours,

Phillip Allen
Attorney at Law

PA/ac

**EXHIBIT H**