IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY          PLAINTIFF

V.                              CASE NO. 4:21-CV-00219-BSM

T.J. JEFFERS and EMILY SANDERLIN                              DEFENDANTS

## AFFIDAVIT OF SERVICE

I, David M. Donovan, being first duly sworn, state on oath that I have caused a copy of the Summons and First Amended Complaint to be served on Emily Sanderlin, Defendant herein, by placing a copy thereof in the United States Mail addressed to said Defendant with sufficient postage to ensure delivery and with delivery restricted to the addressee, and which was received by Joseph Ryan, Agent, on April 28, 2021, as evidenced by the Domestic Return Receipt which is attached hereto as Exhibit A.

WATTS, DONOVAN, TILLEY & CARSON, P.A.
2120 RIVERFRONT DRIVE, SUITE 275
LITTLE ROCK, AR 72202
(501) 372-1406
(501) 372-1209 FAX

By: _____
DAVID M. DONOVAN (81184)

1 of 2

STATE OF ARKANSAS   )
COUNTY OF _Pulaski_ )

       SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, this _6th_ day of May, 2021.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
_4.18.2022_____

HEATHER E. MENZIE
PULASKI COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires April 18, 2022
Commission No. 12387489