| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Joseph Ry*  ☒ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  Joseph Ryan   C. Date of Delivery  4-28-2021 |
| 1. Article Addressed to:<br>Emily Sanderlin  NotHere<br>~~34 Stephenson Lane~~<br>Sheridan AR 72150 | D. Is delivery address different from item 1? ☐ Yes   ☒ No<br>If YES, enter delivery address below:<br>1020 N 2nd St #1834<br>Atchinson, KS 66002 |
| ||||||||| (barcode)<br>9590 9402 5656 9308 0905 73 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7018 0680 0000 2099 4561 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

EXHIBIT
A

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70180680000020994561

Your item has been delivered to an agent for final delivery in ATCHISON, KS 66002 on April 28, 2021 at 6:34 am.

## ✓ Delivered to Agent for Final Delivery

April 28, 2021 at 6:34 am
ATCHISON, KS 66002

Feedback

**Get Updates** ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.