IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

---

SOUTHERN FARM BUREAU LIFE )
INSURANCE COMPANY )
                 Plaintiff )
v. )         No. 4:21-cv-00219-BSM
 )
T.J. JEFFERS and )
EMILY SANDERLIN )
                Defendants )

---

**ENTRY OF APPEARANCE**

---

       Comes now Austin H. Easley of EASLEY & HOUSEAL, PLLC, and hereby enters his appearance on behalf of Defendant TJ Jeffers.

                        Respectfully submitted,

                        **EASLEY & HOUSEAL, PLLC**
                        Attorneys for Defendant TJ Jeffers

                        Austin H. Easley
                        Arkansas Bar No. 2010154
                        Post Office Box 1115
                        Forrest City, Arkansas 72336-1115
                        P:  (870) 633-1447
                        austin@ehtriallawyers.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that the above pleading was filed electronically via the CM/ECF system, which will provide notice to all attorneys of record pursuant to Local Rule 5.2 and FRCP 5(d)(3).

                        Austin H. Easley