IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY ) ) | | |
| Plaintiff ) | | |
| v. ) | No. 4:21-cv-00219-BSM | |
| ) | | |
| T.J. JEFFERS and ) EMILY SANDERLIN ) | | |
| Defendants ) | | |

**MOTION TO RECUSE**

Comes now the Defendant, TJ Jeffers, by and through his attorney, Austin H. Easley of EASLEY & HOUSEAL, PLLC, and for his Motion to Recuse, states:

1. On or about December 18, 2020, Stephanie Sanderlin passed away at the age of 44 from cancer. She held a life insurance police with the Plaintiff herein. This matter concerns competing claims for life insurance proceeds as between the defendants, TJ Jeffers (deceased's fiancé) and Emily Sanderlin (deceased's daughter).

2. When the policy of insurance was initially purchased, Defendant TJ Jeffers was the sole beneficiary. In the months before her death, Stephanie Sanderlin allegedly signed two documents changing the beneficiaries of the life insurance policy. The first change on August 10, 2020 called for the defendants herein to split the benefits, and the second change on October 20, 2020 called for Defendant Emily Sanderlin to be the sole beneficiary.

3. Defendant TJ Jeffers contends that Stephanie Sanderlin was unduly influenced, and was otherwise unable to legally modify the insurance policy in either instance because of a recent brain surgery, chemo therapy, pain medication, and other circumstances associated with her very sick condition and impending death.

4. The character of the parties will be central to this action.

5. While he has the utmost respect for this Court, Defendant Jeffers respectfully requests that this Court recuse from this matter. To put the matter plainly, Defendant Jeffers has reason to believe this Court knows Defendant Emily Sanderlin personally, has attended the same church, and has had conversations with Sanderlin about retaining Sanderlin to work for the Court. In light of these beliefs, Defendant Jeffers respectfully asks that another judge hear this matter to avoid the appearance of impropriety.

WHEREFORE, Defendant TJ Jeffers hereby asks this Court to recuse from this matter, and submits this request with the utmost respect and without any allegation of impropriety.

Respectfully submitted,

**EASLEY & HOUSEAL, PLLC**
Attorneys for Defendant TJ Jeffers

Austin H. Easley
Arkansas Bar No. 2010154
Post Office Box 1115
Forrest City, Arkansas 72336-1115
P: (870) 633-1447
austin@ehtriallawyers.com

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that the above pleading was filed electronically via the CM/ECF system, which will provide notice to all attorneys of record pursuant to Local Rule 5.2 and FRCP 5(d)(3).

                Austin H. Easley